**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-7675**

ERNESTO POUX, JR.,

                 Plaintiff - Appellant,

           v.

FCI BENNETTSVILLE SC, SSLT Mailroom; FCI BENNETTSVILLE SC,
SHU Officers; FCI BENNETTSVILLE SC, C Unit Manager; J.
EDWARDS, Lt.; S. MORRISON, Lt.; MS. T. LEWIS, Lt.; D.
HUDSON, Lt.; MS. S. CARTWRIGHT; JOHN DOES,

                 Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Florence.  Henry F. Floyd, District Judge.
(4:10-cv-00433-HFF)

Submitted:  March 15, 2011           Decided:  March 18, 2011

Before MOTZ and WYNN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Dismissed by unpublished per curiam opinion.

Ernesto Poux, Jr., Appellant Pro Se.  Barbara Murcier Bowens,
Assistant United States Attorney, Columbia, South Carolina, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ernesto Poux, Jr. seeks to appeal the district court's text order entered November 19, 2010, granting Defendants' motion to stay discovery. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The order Poux seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED